# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

DCP OPERATING COMPANY, LP, and
DCP MIDSTREAM, LP,

    Plaintiffs,

v.                                                 Civil Action No. : 2:24-cv-00628-GBW-KRS

TRAVELERS INDEMNITY COMPANY,

    Defendant.

## ORDER GRANTING UNCONTESTED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS DCP OPERATING COMPANY, LP AND DCP MIDSTREAM, LP

THIS MATTER, coming before the Court on the Uncontested Motion to Withdraw as Counsel for Plaintiffs DCP Operating Company, LP and DCP Midstream, LP (collectively, "DCP"), and the Court being fully advised in the premises, finds as follows:

DCP has consented to the withdrawal of Mr. Cedric D. Logan and has appointed Mr. Daniel J. O'Brien as its substitute attorney. Mr. O'Brien entered his appearance on June 28, 2024 (ECF No. 5).

The Court HEREBY GRANTS the Uncontested Motion to Withdraw as Counsel for Plaintiffs DCP Operating Company, LP and DCP Midstream LP.

                                                           _____
                                                           Kevin R. Sweazea
                                                           United States Magistrate Judge