IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DCP OPERATING COMPANY, LP, and
DCP MIDSTREAM, LP

    Plaintiffs,

v.                                        2:24-cv-628 GBW/KRS

TRAVELERS INDEMNITY COMPANY,

    Defendant.

### STIPULATED ORDER VACATING INITIAL SCHEDULING ORDER [DOC. 8] AND STAYING PROCEEDINGS

THIS MATTER, having come before the Court upon the parties' Joint Motion to Vacate Initial Scheduling Order [Doc. 8] and Stay Proceedings until October 1, 2024, the Court having considered the Joint Motion and being fully advised, finds that the Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the deadlines set forth in the Initial Scheduling Order [Doc. 8], including the Rule 16 scheduling conference set for September 19, 2024, are hereby VACATED and the case is STAYED until October 1, 2024.  The parties shall notify the Court if the case is resolved prior to October 1, 2024.

                                                   HONORABLE KEVIN R. SWEAZEA
                                                 UNITED STATES MAGISTRATE JUDGE

Submitted by:

MODRALL, SPERLING, ROEHL, HARRIS
   & SISK, P.A.

By:    */s/ Jennifer A. Noya*
    Jennifer A. Noya (jnoya@modrall.com)
    Post Office Box 2168
    500 Fourth Street NW, Suite 1000
    Albuquerque, New Mexico 87103-2168
    Telephone: 505.848.1800
*Attorneys for Defendant*


O'BRIEN & PADILLA, P.C.

By:    *Approved via email on 7.15.24*
    Daniel J. O'Brien
    6000 Indian School Rd. NE, Suite 200
    Albuquerque, NM 87110-4179
    505.883.8181
    Email: dobrien@obrienlawoffice.com
*Attorney for Plaintiffs*