IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DCP OPERATING COMPANY, LP, and
DCP MIDSTREAM, LP

      Plaintiffs,

v.                                                    2:24cv00628 SMD/KRS

ST. PAUL FIRE AND MARINE INS. CO.

      Defendant.

## STIPULATED ORDER REGARDING STAY OF DISCOVERY TO PERMIT FILING OF DISPOSITIVE CROSS-MOTIONS

THIS MATTER, having come before the Court upon the parties' Joint Motion to Stay Discovery In Order to Permit For The Filing Of Dispositive Cross-Motions, the Court having considered the Joint Motion and being fully advised, finds that the Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that

    1.    Discovery is stayed and the remaining deadlines in Scheduling Order [Doc 25] are vacated.

    2.    The parties will file cross-motions on whether Defendant had a duty to defend and/or indemnify Plaintiffs for claims made against Plaintiffs personal injury action titled *Manuel Saenz, et al. v. DCP Operating Company, LP et al*, Cause Number D-101-CV-2021-02435, filed in Santa Fe County ("*Saenz* Action").

    3.    The cross-motions will not address the amount of damages that Plaintiffs claim are owed, including the amount of any defense or indemnity obligation, if any, in the event Defendant is found to have improperly denied coverage for the *Saenz* Action

4. The cross-motions will also not address the extra-contractual claims (Counts II and III).

5. The cross-motions will be filed no later than March 31, 2025.

6. The parties will request a joint status conference following the Court's rulings on the cross-motions to determine a discovery plan and any other case deadlines should the rulings not dispose of the case on the merits.

IT IS SO ORDERED this 27th day of February, 2025.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Submitted by:

MODRALL, SPERLING, ROEHL, HARRIS
 & SISK, P.A.

By: _/s/ Jennifer A. Noya_____
Jennifer A. Noya (jnoya@modrall.com)
Post Office Box 2168
500 Fourth Street NW, Suite 1000
Albuquerque, New Mexico 87103-2168
Telephone: 505.848.1800
*Attorneys for Defendant*


MORALES FIERRO & REEVES


By: _Approved via email on 2.19.25_
William C. Reeves
1440 Maria Lane, Suite 200
Walnut Creek, CA 94596
925/288-1776
Email: wreeves@mfrlegal.com
Attorneys for Plaintiffs

Daniel J. O'Brien
O'BRIEN & PADILLA, P.C.:
6000 Indian School Rd. NE, Suite 200
Albuquerque, NM 87110
505/848-8181
Email: dobrien@obrienlawoffice.com
Attorneys for Plaintiffs