IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DCP OPERATING COMPANY, LP, and
DCP MIDSTREAM, LP,

    Plaintiffs,

v.                                                                                            2:24-CV-00628 SMD/KRS

ST. PAUL FIRE AND MARINE INS. CO.,

    Defendant.

## ORDER ALLOWING WITHDRAWAL OF COUNSEL

Plaintiff's Unopposed Motion For Withdrawal and Substitution of Counsel, Doc. 73, is GRANTED as follows:

There is no provision in the Local Rules for "substitution" of counsel. Instead, the Local Rules provide for "Entry of Appearance" of counsel, D.N.M. LR-Civ. 83.4, and "Withdrawal of Appearance" of counsel, D.N.M. LR-Civ. 83.8.

The appearance of Attorney Kristin L. Groman, Esq. of the law firm of Resnick & Louis, P.C. on behalf of Plaintiffs DCP Operating Company, LP and DCP Midstream, LP, was entered on August 13, 2025. *See* (Doc. 72). Accordingly, the current motion is construed as a motion to withdraw the appearance of Attorney Daniel O'Brien of the law firm of O'Brien & Padilla, P.C.

Although the Motion was not filed by the withdrawing attorney (Attorney O'Brien), his electronic signature appears on the Motion with his consent via email on 7/30/25. The Motion also indicates the consent of the client, through the electronic signature of Sophia George, Legal Counsel for DCP Operating Company, LP and DCP Midstream, LP, placed on the Motion with her consent via email on 7/29/25. Finally, the body of the Motion provides notice of the client's appointment of substitute attorney, Attorney Groman. Accordingly, the Court finds that the requirements of D.N.M. LR-Civ. 83.8(a) are satisfied.

In addition, the Motion indicates the consent of opposing counsel through the electronic signature of Defendant's attorney, added with said attorney's consent via email on 7/30/25. Accordingly, the Court finds that the good faith conferral requirement of D.N.M.LR-Civ. 7.1(a) is also met.

For the foregoing reasons, Attorney O'Brien's appearance as counsel of record for Plaintiff DCP Operating Company, LP and DCP Midstream, LP is hereby **WITHDRAWN**.

IT IS SO ORDERED this 19th day of August, 2025.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE